IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA MUNDERLYN, | : | |
| Plaintiff, | : | Case No. 2:13-CV-591 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| SELINA MILLER, *et al.*, | : | Magistrate Judge King |
| Defendants. | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 8). On July 2, 2013, the Magistrate Judge issued the Report and Recommendation, recommending that the action be dismissed. Plaintiff was specifically advised of her right to object to this Report and Recommendation, and of the consequences of her failure to do so. (Doc. 8 at 2). Plaintiff has failed to respond. (*See* Doc. 9; Doc. 10). The deadline for objections lapsed on July 19, 2013.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, this action is **DISMISSED**. The Clerk shall enter final judgment.

IT IS SO ORDERED.

                                                                                        s/ Algenon L. Marbley
                                                                                        ALGENON L. MARBLEY
                                                                                        UNITED STATES DISTRICT JUDGE

**DATED:  April 7, 2014**