**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **PATRICIA MUNDERLYN,** | : | |
| Plaintiff, | : | Case No. 2:13-CV-591 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **SELINA MILLER,** *et al.*, | : | Magistrate Judge King |
| Defendants. | : | |

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

 IT IS ORDERED AND ADJUDGED That pursuant to the April 7, 2014 Order, the Court ADOPTED the Report and Recommendation.  This action is DISMISSED.


Date:  April 7, 2014        **John Hehman, Clerk**

                   s/Betty L. Clark
                Betty L. Clark/Deputy Clerk